No. 94–7053. Law *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 94–7057. Lawrence *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 94–7063. Pulido *v.* United States;
No. 94–7072. Gomez *v.* United States; and
No. 94–7105. Preval Planas *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–7064. Peery *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–7065. Cruz *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 94–7067. Matra *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 94–7071. Barrientos *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 94–7073. Jessie *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 94–7077. Carter *v.* Wisconsin. Ct. App. Wis. Certiorari denied.

No. 94–7080. Cox *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 94–7081. Mendoza *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 94–7082. Barber *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–7084. Diaz *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 94–7093. Hughes *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–7097. Davis *v.* United States. C. A. 4th Cir. Certiorari denied.